# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Christopher John Worrell<br>DOB: XXXXXX<br><br>*Defendant(s)* | Case: 1:21-mj-00296<br>Assigned To : Harvey, G. Michael<br>Assign. Date : 03/10/2021<br>Description: COMPLAINT W/ ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) & (b)(1)(A) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, |
| 18 U.S.C. § 1752(a)(2) & (b)(1)(A) | Knowingly Engaging in Disorderly or Disruptive Conduct in any Restricted Building or Grounds, |
| 40 U.S.C. § 5104(e)(2) | Violent Entry and Disorderly Conduct on Capitol Grounds, |
| 18 U.S.C. § 1512(c)(2) | Obstruction of Justice/Congress, |
| 18 U.S.C. § 1752(a)(4) & (b)(1)(A) | Knowingly Engaging in Act of Physical Violence in any Restricted Building or Grounds. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
Complainant's signature

Alexander Grandy, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 03/10/2021

_____
Judge's signature

City and state: Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*