UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | Case: 1:21-mj-00296 |
| Christopher John Worrell | ) | Assigned To : Harvey, G. Michael |
| | ) | Assign. Date : 03/10/2021 |
| | ) | Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) _Christopher John Worrell_,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) & (b)(1)(A) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) & (b)(1)(A) - Knowingly Engaging in Disorderly or Disruptive Conduct in any Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2) - Violent Entry and Disorderly Conduct on Capitol Grounds;
18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress;
18 U.S.C. § 1752(a)(4) & (b)(1)(A) - Knowingly Engaging in Act of Physical Violence in any Restricted Building or Grounds.

Date: 03/10/2021

Issuing officer's signature: *Digitally signed by G. Michael Harvey, Date: 2021.03.10 22:08:03 -05'00'*

City and state: Washington, D.C.   G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on (date) 03/10/2021, and the person was arrested on (date) 03/12/2021
at (city and state) Naples, Florida.

Date: 03/12/2021

Arresting officer's signature

Alexander Grandy
*Printed name and title*