# Exhibit 1

Date Printed: 06/16/2009 12:26:10 AM

**PART I**

**Sheriff's Office
Collier County
Naples, Florida**



CLERKS CASE NO. 09-CF-1520
REPORT NUMBER 0900016745

Agency ORI Number **FL0110000**

| | | | | |
|---|---|---|---|---|
| DEPT. OF CORR. NO. | BOOKING NO. 097836 | ARRESTING AGENCY CCSO | A # 178735 | A adult / J juvenile — A |
| FBI NO. | FDLE NO. | | OBTS NO. | |

| LAST NAME | FIRST NAME | MIDDLE | RACE | SEX | DATE OF BIRTH | AGE |
|---|---|---|---|---|---|---|
| WORRELL, | CHRISTOPHER | J | W | M | 1971 | 37 |

| AKA #1 (Last, First Middle) | AKA #1 DOB | AKA #2 (Last, First Middle) | AKA #2 DOB |
|---|---|---|---|
| CHRIS | / / | | / / |

| SOCIAL SECURITY NO. | DRIVERS'S LICENSE NO. | DL STATE FL | VALID DL YES |
|---|---|---|---|

| HEIGHT | WEIGHT | HAIR | HAIR STYLE | FACIAL HAIR | EYES | GLASSES | BUILD | SKIN |
|---|---|---|---|---|---|---|---|---|
| 603 | 275 | BRO | 08 | 03 | BRO | N | 03 | LGT |

| ADDRESS | | RESIDENCE PHONE |
|---|---|---|
| 34112 | | -4860 |

| CITY OF BIRTH | STATE | SCARS/MARKS/TATTOOS |
|---|---|---|
| | | LEFT FOREARM EAGLE INDIAN ON CHEST |

| IMMIGRATION STATUS C | ALIEN # | | |
|---|---|---|---|
| RESIDENCE STATUS L-LOCAL | JUVENILE DISPOSITION | MARITAL STATUS MARRIED | CITIZENSHIP U.S.A. | OCCUPATION CAR SALES |

| EMPLOYER | ADDRESS | BUSINESS PHONE ( ) - |
|---|---|---|

| BOOKING DATE 6/15/09 | TIME JAIL RC'D 2234 | BOOKING DEPUTY / ID O. Shelde 3351 | NCIC ☐ | FCIC ☑ | LOCAL ☑ |
|---|---|---|---|---|---|
| IN CUSTODY (Y/N) Y | RELEASE DATE | TIME | BONDING DEPUTY / OFFICER | BOND AMOUNT | BOND TYPE: (SURETY,CASH) |
| RELEASED? (Name of Bondsman /Depositor) | | CASH BOND NO. | ADDRESS | | |
| HOLD (Y-N) | HOLD FOR | ARRAIGNMENT (Felony) Date: 7/13/09  Time: 8:15 | ARRAIGNMENT (Misdemeanor) Date:  Time: | | |





1 of 5

ORIGINAL

CLERK     CCSO     SAO     PUBLIC DEFENDER     DEFENDANT

Date Printed:06/16/2009 12:26:12 PM

# CHARGE - PART II

## Sheriff's Office
## Collier County
## Naples, Florida



| LAST NAME, FIRST NAME |
|---|
| WORRELL, CHRISTOPHER |
| REPORT NUMBER |
| 0900016745 |

Agency ORI Number **FL0110000**

### ARREST

| ARRESTING AGENCY | ARREST DATE | ARREST TIME | ARREST LOCATION | | |
|---|---|---|---|---|---|
| CCSO | 06/15/2009 | 2056 | 1651 AIRPORT PULLING RD (HOME DEPOT) | | |
| GEOGRAPHIC INDICATOR  3116 | ARREST TYPE  O-On | CRIME LOCATION  US41 AND GUILFORD RD | | | CRIME DATE  06/15/2009 |
| OFFICER / WITNESS  N/A | | | CITATION NUMBERS  N/A | | |
| VEH. DISPOSITION (Towed By)  SECURED HOME DEPOT | MAKE  HUMMER | MODEL  UTILITY | YEAR  2008 | TAG | STATE  FL |

### CHARGE/BOND

| CHARGE DESC **IMPERSONATE LEO** | | COUNTS  1 | FLA. STATUTE  843.08 |
|---|---|---|---|
| GENERAL OFFENSE CHARACTER  P  PRINCIPAL | LEVEL OF OFFENSE  F - FELONY | BOND **SURETY OR CASH**  Cash 2500.00 Surety 2500.00 Jail | (CSU) |
| WARRANT NO. | DATE OF WARRANT  / / | STATE | DRUG TYPE | DRUG UNIT | |
| ACTIVITY | | VALUE  0.00 | QTY.  0.00 | WEAPON  04 FIREARM | |

### NOTICE TO APPEAR

☐ I understand that should I willfully fail to appear before the court as required by this notice that I may be held in contempt of court and a warrant for my arrest shall be issued. Furthermore, I agree that notice concerning the time, date, and place of all court hearings should be sent to the aforementioned address. I agree that it is my responsibility to notify the Clerk of the Court anytime that my address changes.

☐ I hereby promise to be and appear in the appropriate court at the time and the place designated by this notice.

COURT: ☐ County   ☐ Circuit   ☐ Juvenile

ADDRESS: _____  DATE: _____  TIME: _____

☐ Defendant can pay a fine in lieu of a Court Appearance   Fine: _____

Sworn to and subscribed before me this

_____ day of _____, _____

_____  _____
Notary / Deputy                Signature of Defendant / Juvenile

                              Signature of Parents of Juv. Defendant

PAGE 2 OF 5

ORIGINAL

Date Printed:06/16/2009 12:26:14 AM

**PART III**

**Sheriff's Office
Collier County
Naples, Florida**



LAST NAME, FIRST NAME
**WORRELL, CHRISTOPHER**

REPORT NUMBER
**0900016745**

Agency ORI Number **FL0110000**

ARRESTED CO-DEFENDANTS

DEFENDANT DID THE FOLLOWING ACT(S) WHICH CONSTITUTE A VIOLATION OF THE LAW (ELEMENTS OF THE CRIME / PROBABLE CAUSE STATEMENT)

On 6/15/2009 at approximately 2008 hours, I responded to a report of a subject impersonating a Law Enforcement Officer at Davis Blvd and Airport Pulling Rd.

Upon arrival, I made contact with the Reporter, ▇▇▇▇ ▇▇▇▇ was parked in front of Moravela's Pizza, 1836 Airport Pulling Rd. ▇▇▇▇ stated she was traveling west bound on US41 through the intersection at Guilford Rd. ▇▇▇▇ stated the light was yellow when she drove through the intersection. ▇▇▇▇ stated she then observed a grey Hummer make a U-Turn at Guilford Rd and accelerate through the intersection (running the red light), eventually catching up to her. ▇▇▇▇ stated the Hummer then drove up to the side of her, while traveling down US41, and displayed a gold colored badge. ▇▇▇▇ stated she did not recognize the badge (▇▇▇▇ works as a Dispatcher for Collier County Sheriff's Office). ▇▇▇▇ stated that while the subject was displaying the badge, he was signaling for her to put her window down. ▇▇▇▇ stated she put her window down and the subject began yelling at her, telling her that she ran the red light.

▇▇▇▇ stated she then told the subject that if she ran the red light, then that means he did also. ▇▇▇▇ stated the subject then replied that he is allowed to run red lights to "catch up to people like you." ▇▇▇▇ stated the subject then positioned his vehicle behind her. ▇▇▇▇ stated she thought that she was going to be pulled over (beleiving that he may be a Law Enforcement Officer). ▇▇▇▇ stated she turned northbound on Airport Pulling Rd and the vehicle followed her. ▇▇▇▇ stated she made a U-Turn at Airport and Davis and pulled into the Maravela's Pizza parking lot. ▇▇▇▇ stated the subject then turned westbound on Davis Blvd.

Sergeant Dunn (ID# 816) responded to the scene and obtained a taped statement from ▇▇▇▇.

While talking with ▇▇▇▇, Deputies located a silver Hummer (Tag# ▇▇▇▇, traveling east bound on Davis Blvd at Airport Pulling Rd. Deputies conducted a traffic stop on the vehicle in the Home Depot parking lot (1651 Airport Pulling Rd). Upon responding to Home Depot, Deputies informed me that the subject (later identified as Christopher Worrell (D.O.B. ▇▇▇▇1971)) admitted to yelling at a female for running a red light. Deputies stated Christopher denied displaying a badge at her. Deputies also informed me that Christopher does have a concealment permit and stated that he has a firearm in the car.

Sergeant Dunn responded to Home Depot with the Reporter/Witness (▇▇▇▇), who positively identified Christopher as the Suspect. Sergeant Dunn then informed Christopher that he was under arrest for Impersonating a Law Enforcement Officer. I placed handcuffs (double

Sworn to and subscribed before me this
**15** day of **JUNE**, **2009**

_____ 3351
(Notary/Deputy)

THE ABOVE STATEMENTS ARE TRUE TO THE BEST
OF MY KNOWLEDGE, INFORMATION, OR BELIEF

CPL _____ #2925
ARRESTING LAW ENFORCEMENT OFFICER

**ADAM F HALL**

I.D. NO.
**2925**

PAGE **3** OF **5**

**PART III**        **Sheriff's Office**
                    **Collier County**
                    **Naples, Florida**



LAST NAME, FIRST NAME
**WORRELL, CHRISTOPHER**
REPORT NUMBER
**0900016745**

Agency ORI Number **FL0110000**

ARRESTED CO-DEFENDANTS

DEFENDANT DID THE FOLLOWING ACT(S) WHICH CONSTITUTE A VIOLATION OF THE LAW (ELEMENTS OF THE CRIME / PROBABLE CAUSE STATEMENT

locked) on Christopher's wrists and secured him in my patrol car. I then conducted a search incident to arrest in the passenger compartment of Christopher's vehicle.

The following items were located:

1-gold colored concealed weapon badge (circular with a star in the middle), located underneath the passenger seat
1- Glock 22 (.40 caliber, loaded with one in the chamber) located in center consol (secured in concealment holster)
1-tactical knife located in center consol
1-pocket knife located in pocket of driver's side door
1-can a CS/OC Spray located in driver's side door pocket
1-Glock 22 magazine located in driver's side door pocket
2- pairs of handcuffs located in ammo box located in rear storage area of passenger compartment
3-handcuff keys located in center consol storage, in front of shift lever (readily accessible)
2-boxes of .40 caliber ammo located in ammo box in rear storage area of passenger compartment
1-box of 12 gauge ammo located in ammo box in rear storage area of passenger compartment
2-Glock 22 (.40 caliber magazines) located in ammo box in rear storage area of passenger compartment
1-tactical flashlight located in glove compartment

Christopher was transported to the General Crimes Bureau where he provided Sergeant Dunn with a Post Miranda taped statement. During his statement, he was leaving Advanced Auto Parts on US41, traveling eastbound. Christopher stated he made a U-Turn and a vehicle, identified as _____'s vehicle, almost "took me out." Christopher admitted to accelerating up to the vehicle and displaying his concealment badge while stating, "you ran the fucking red light!". Christopher stated the _____ replied, "you ran the red light too." Christopher stated he then got behind _____'s vehicle while turning northbound on Airport Pulling Rd. Christopher stated he was going to Home Depot, but made a mistake and turned westbound on Davis Blvd, while _____ made a U-Turn on Airport Pulling Rd.

Christopher stated he bought the concealed weapons permit badge off the internet and it did not come with his permit. Christopher stated the female could have thought he was a law enforcement officer and that he knew what he was doing was wrong. Christopher was then

Sworn to and subscribed before me this
15 day of June, 2009

_____
(Notary/Deputy)  D. Shude 3357

THE ABOVE STATEMENTS ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION, OR BELIEF

CPC _____ #2925
ARRESTING LAW ENFORCEMENT OFFICER    I.D. NO.
**ADAM F HALL**                      **2925**

PAGE 4 OF 5

**PART III**

**Sheriff's Office
Collier County
Naples, Florida**



LAST NAME, FIRST NAME
**WORRELL, CHRISTOPHER**

REPORT NUMBER
**0900016745**

Agency ORI Number **FL0110000**

ARRESTED CO-DEFENDANTS

DEFENDANT DID THE FOLLOWING ACT(S) WHICH CONSTITUTE A VIOLATION OF THE LAW (ELEMENTS OF THE CRIME / PROBABLE CAUSE STATEMENT)
================================================================================

transported to the Naples Jail Center for processing.

The concealed weapons badge was placed into Property as Evidence. All other items were placed into Property for safe keeping. Christopher was provided with a copy of the Property Receipt, in which he signed. Sergeant Dunn obtained digital photographs of the property and badge found in the vehicle.

No further information.

Sworn to and subscribed before me this
15 day of GUNN, 2009
_____
(Notary/Deputy)

THE ABOVE STATEMENTS ARE TRUE TO THE BEST
OF MY KNOWLEDGE, INFORMATION, OR BELIEF

CPL _____ #5920
ARRESTING LAW ENFORCEMENT OFFICER        I.D. NO.
**ADAM F HALL**                            **2925**

PAGE 6 OF 6