UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>CHRISTOPHER WORRELL,<br><br>Defendant. | Case No. 21-MJ-00296 (GMH)<br><br>**DECLARATION OF JOHN M. PIERCE IN SUPPORT FOR ADMISSION TO PRACTICE** *PRO HAC VICE* |

I, John M. Pierce, hereby certify under penalty of perjury that the following is true and correct:

1. I am the Managing Partner with the law firm Pierce Bainbridge P.C., located 355 Grand Avenue, 44th Floor, Los Angeles, CA 90071.

2. I am an active member in good standing of the state bar of California (SBN 250443).

3. I am a member in good standing of all the jurisdictions in which I am admitted to practice.

4. I have never been disciplined by any court, and no disciplinary proceedings are pending against me.

5. During the past two years, other than this matter, I have applied for admission *pro hac vice* in this Court. I applied for *pro hac vice* in *Page v. Comey, et al*, Case No. 20-cv-03460 (KBJ). That application was granted on January 7, 2021.

6. I am familiar with the Local Rules of this Court, the provisions of the Judicial Code (Title 25 U.S.C.) which pertains to the jurisdiction of and practice in the United States District Courts, the Federal Rules of Civil Procedure, the Federal

Rules of Evidence, the Rules of Professional Conduct as adopted by the District of Columbia Court of Appeals, and the D.C. Bar Voluntary Standards for Civility in Professional Conduct.

Dated: March 18, 2021

                                                _____
John M. Pierce
**PIERCE BAINBRIDGE P.C.**
355 Grand Street, 44th Floor
Los Angeles, CA 90071
tel: (213) 262-9333