AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:21-MJ-00296 (GMH) |
| CHRISTOPHER J. WORRELL | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DEFENDANT CHRISTOPHER J. WORRELL                                                                                              .

Date:    03/22/2021                                                                    *John M. Pierce*
                                                                                          *Attorney's signature*

                                                                                          John M. Pierce
                                                                                    *Printed name and bar number*

                                                                                    PIERCE BAINBRIDGE P.C.
                                                                            355 S. Grand Avenue, 44th Floor
                                                                                      Los Angeles, CA 90071
                                                                                              *Address*

                                                                                 jpierce@piercebainbridge.com
                                                                                          *E-mail address*

                                                                                          (818) 918-8328
                                                                                        *Telephone number*

                                                                                            *FAX number*