# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

-v-

CHRISTOPHER WORRELL,

Defendant.

Case No. 21-MJ-00296 (GMH)

**DECLARATION OF JOHN M. PIERCE IN SUPPORT OF EMERGENCY MOTION FOR RECONSIDERATION**

I, John M. Pierce, hereby certify under penalty of perjury that the following is true and correct:

1. I am the Managing Partner with the law firm Pierce Bainbridge P.C., located 355 Grand Avenue, 44th Floor, Los Angeles, CA 90071.

2. I am an attorney at law admitted to practice before this Court.

3. I am associated with the law firm Pierce Bainbridge P.C., attorneys for Defendant Christopher Worrell, and am familiar with the facts of this case.

4. A true and correct copy of Order of Detention Pending Trial Bail, dated March 19, 2021, (Dkt. No. 13), is attached hereto as Exhibit A.

5. A true and correct copy of Dr. Bino Rucker, M.D.'s affidavit is attached hereto as Exhibit B.

6. A true and correct copy of Government Bail Report, dated March 12, 2021, is attached hereto as Exhibit C.

7. A true and correct copy of Video Captured by Defendant Christopher Worrell, on January 6, 2021, is attached hereto Exhibit D.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 26, 2021

_____
John M. Pierce
**PIERCE BAINBRIDGE P.C.**
355 Grand Street, 44th Floor
Los Angeles, CA 90071
tel: (213) 262-9333