# *EXHIBIT D*

# NATIVE FILE PRODUCED

**Video Captured by Defendant Christopher Worrell, on January 6, 2021.mp4**