# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | :  Case No: 21-MJ-296 (GMH) |
| | : |
| CHRISTOPHER WORRELL, | : |
| | : |
| Defendant. | : |

### AFFIDAVIT OF BONNIE GOULD- HANLON

I, BONNIE GOULD-HANLON, hereby state the following.

1. I am the HSA at the Charlotte County Jail, located at 26601 Airport Road, Punta Gorda, Florida, 33982. I have served in this position for 1 years.

2. The defendant in this case, Christopher John Worrell, is currently a pretrial detainee who is housed at the Charlotte County Jail.

3. Inmates at the Charlotte County Jail, including pretrial detainees like Mr. Worrell, can obtain a prescription medication either by providing proof (e.g., prescriptions or medical records) of taking those medications prior to incarceration, or by consulting with one of the Jail's medical providers and having them determine that the inmate or detainee needs the prescription medication while incarcerated.

4. Mr. Worrell was admitted to the Jail on March 12, 2021. He requested several prescription medications. All but one of those medications was provided to him starting either March 13, 2021, or March 15, 2021.

5. The one prescription medication that has not yet been provided to him is a compounding prescription cream prescribed by a Dr. Bino Rucker. That prescription states that it cannot be refilled, indicating that there is a limit on how much of that medication can be

1

provided to Mr. Worrell without further authorization from Dr. Rucker. Accordingly, the Jail's medical staff have repeatedly attempted to reach Dr. Rucker to determine whether he authorizes Mr. Worrell to continue receiving that particular compounding cream. Staff attempted to reach Dr. Rucker the week of March 15, 2021; the week of March 22, 2021; yesterday, March 29, 2021; and today, March 30, 2021. Staff have tried both phone numbers listed on the prescription as being associated with Dr. Rucker, and have left voicemail messages for Dr. Rucker. Staff have also located two other phone numbers for Dr. Rucker and tried those phone numbers as well. An email address that Dr. Rucker has on his voicemail message cannot be made out by Jail staff. Staff have, to date, received no response from Dr. Rucker. If Dr. Rucker confirms that Mr. Worrell can safely continue to take the prescription medication in question, Jail staff will immediately attempt to procure it for Mr. Worrell.

6.   In the interim, Mr. Worrell has been seen multiple times by the Jail's medical staff, including a physician and an advanced registered nurse practitioner. The staff have informed Mr. Worrell that the only reason they cannot provide him the one compounding cream prescription is because they have not received authorization from the prescribing physician, Dr. Rucker.

7.   There are currently two confirmed cases of the Coronavirus Disease 2019 (COVID-19) at the Charlotte County Jail. The individuals who tested positive are inmates who are housed in a pod that does not house federal pretrial detainees, and so is a different pod than the pod housing Mr. Worrell. Those individuals are currently quarantined.

8.   Limited vaccinations of the staff at the Charlotte County Jail have begun. Currently, 5 medical staff who work at the Jail have been vaccinated.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 3/31/21        Signature of affiant: _Bonnie Goldblatt RWHSA_