*EXHIBIT B*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -v- | Case No. 21-MJ-00296 (GMH) |
| CHRISTOPHER WORRELL, | **DECLARATION OF DR. BINO RUCKER REGARDING MEDICAL TREATMENT OF CHRISTOPHER WORRELL** |
| Defendant. | |

STATE OF FLORIDA   )
                                  )
COUNTY OF CHARLOTTE )

I, Dr. Bino Rucker of lawful age, being first duly sworn upon oath, depose and state, to-wit:

1. I am a former cancer surgeon and am currently Medical Director at Rucker Integrative Medicine. I earned my medical doctorate at the University of Virginia Medical School and performed my residency at Sloan Kettering.

2. I am the treating oncologist for Christopher Worrell, hereinafter referred to as Mr. Worrell, who was diagnosed in 2007 with Non-Hodgkin's Lymphoma.

3. Among other medications, I have prescribed Mr. Worrell sirolimus cream, of which he is to apply 0.5 milliliters daily, and naltrexone hydrochloride, of which he is to take 3 milligrams daily.

4. I have been informed that, since his detention at Charlotte County Florida Jail (the Jail) was commenced, Mr. Worrell has received neither his sirolimus nor his naltrexone.

5. Mr. Worrell has reported lymphomas spreading across his body. In my professional opinion, this could be a result of Mr. Worrell's lack of access to his sirolimus and naltrexone.

6. Jail staff left a message on my office's voicemail. However, the only contact information provided in this voicemail was the Jail's general phone number. At no time was I given a phone number or extension at which I could directly contact the Jail's medical staff.

7. I attempted to contact the Jail's medical staff by calling the general phone number. However, I was connected to a robotic directory system. Because this system was confusing and convoluted, I could not establish contact with the Jail's medical staff.

8. On or about April 1st 2021, Mr. Worrell's attorneys and family members gave me the phone number for the Jail's medical staff. I called this number, and was finally able to colloquy with the Jail's medical staff.

9. I have informed Mr. Worrell's prescribing pharmacy to authorize refills for Mr. Worrell's medications upon request of the Jail.

10. In my professional experience, compounding Mr. Worrell's medication will take approximately 48 hours from the time the request is made by the Jail. This 48-hour period does not account for additional delays that may occur during transportation of the medication.

11. I cannot confirm that Mr. Worrell's post-detention symptoms will resolve—or that his condition will return to its pre-detention level—even if he resumes his medications. To make this determination, I will require direct access to Mr. Worrell's physical person in my medical office so that I can properly examine him.

12. Likewise, I cannot properly or accurately diagnose the severity of Mr. Worrell's reportedly degrading condition without having direct access to Mr. Worrell's physical person in my medical office so that I can properly examine him.

13. Mr. Worrell continues to face an elevated threat from the COVID-19 virus due to his medical history and past treatments.

*/s/Bino Rucker*

Sworn and subscribed to me on this second day of April 2021.

_____

Doc ID: 486cfe3ead452cbd8c19f656d42e7e406c8c79bb



Audit Trail

| | |
|---|---|
| **TITLE** | Affidavit with revision |
| **FILE NAME** | Dr. Rucker Affidavit 2 Final.docx |
| **DOCUMENT ID** | 486cfe3ead452cbd8c19f656d42e7e406c8c79bb |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | ● Completed |

## Document History

**SENT** | **04 / 03 / 2021** 00:49:32 UTC | Sent for signature to Dr. Bino Rucker (goruck@gmail.com) from tfishman854@gmail.com
IP: 68.114.205.220

**VIEWED** | **04 / 03 / 2021** 06:54:01 UTC | Viewed by Dr. Bino Rucker (goruck@gmail.com)
IP: 71.203.26.24

**SIGNED** | **04 / 03 / 2021** 06:55:18 UTC | Signed by Dr. Bino Rucker (goruck@gmail.com)
IP: 71.203.26.24

**COMPLETED** | **04 / 03 / 2021** 06:55:18 UTC | The document has been completed.

Powered by HELLOSIGN