UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>CHRISTOPHER WORRELL,<br><br>Defendant. | Case No. 21-MJ-00296 (GMH)<br><br>**DECLARATION OF NICHOLAS I HOLT, LAW CLERK, PIERCE BAINBRIDGE P.C., COUNSEL FOR CHRISTOPHER WORRELL** |

STATE OF VIRGINIA         )
                                            )
COUNTY OF ALEXANDRIA  )

I, Nicholas I. Holt, of lawful age, being first duly sworn upon oath, depose and state, to-wit:

1. I am a Law Clerk with Pierce Bainbridge, P.C.

2. Pierce Bainbridge, P.C., through John Pierce, is defending Christopher Worrell in the above captioned case.

3. On March 30, 2021, I did become aware that there was an issue establishing contact between Dr. Rucker and Jail staff to approve Mr. Worrell's medication.

4. On April 1, 2021, I did call the Charlotte County Jail at least twice seeking information regarding the Jail pharmacy to relay that information to Dr. Rucker.

5. On April 1, 2021, after receiving the phone number for the Jail nurse, I relayed that information to Dr. Rucker through both a voicemail and email.

　　　　　　　　　　　　　　　　　　　　　　　　  /s/Nicholas I Holt
　　　　　　　　　　　　　　　　　　　　　　　　  Nicholas I. Holt