UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -v- | Case No. 21-MJ-00296 (GMH) |
| CHRISTOPHER WORRELL, | **DECLARATION OF THOMAS H. FISHER, LAW CLERK, PIERCE BAINBRIDGE P.C., COUNSEL FOR CHRISTOPHER WORRELL** |
| Defendant. | |

STATE OF MISSOURI       )
                        )
COUNTY OF ST. LOUIS     )

I, Thomas H. Fisher, of lawful age, being first duly sworn upon oath, depose and state, to-wit:

1. I am a Law Clerk with Pierce Bainbridge, P.C.

2. Pierce Bainbridge, P.C., through John Pierce, is defending Christopher Worrell in the above captioned case.

3. On March 30, 2021, I did become aware that there was an issue establishing contact between Dr. Rucker and Jail staff to approve Mr. Worrell's medication.

4. On March 31, 2021 I did call the Charlotte County Jail twice seeking information regarding the Jail pharmacy to relay that information to Dr. Rucker.

5. On April 1, 2021, I did call the Charlotte County Jail twice seeking information regarding the Jail pharmacy to relay that information to Dr. Rucker.

6. On each of my calls to the Charlotte County Jail I left a message explaining the purpose of my call and including both my email and phone number requesting a call back

7. As of March 5th 2021 none of my calls to Charlotte County Jail have been returned.

8. On March 5th 2021 I was informed Mr. Worrell has been removed from the Charlotte County Jail by the U.S. Marshals.

9. On March 5th 2021 I called the U.S. Marshall's inquiring into Mr. Worrell's whereabouts, medical condition, and how long until he is delivered to his intended location.

10. The U.S. Marshall's have refused to answer any of my questions regarding Mr. Worrell's transportation, only informing me that Mr. Worrell is on his way to the charging District.

11. The U.S. Marshalls could not verify how long Mr. Worrell would be in transit.

/Thomas H. Fisher
Thomas H. Fisher