# UNITED STATES DISTRICT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No. 21-MJ-296 (GMH)** |
| | ) | |
| **CHRISTOPHER WORRELL,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### DEFENDANT'S MOTION TO: (1) SUPPLEMENT DEFENDANT'S EMERGNECY MOTION TO REVOKE ORDER OF DETENTION; and (2) TO INCORPORATE BY REFERENCE

Defendant Christopher Worrell, by and through his counsel, requests this Honorable Court to supplement his Emergency Motion to Revoke Order of Detention filed on August 11 (ECF No. 81) with the recent ruling in *U.S. v. Tanios*, 1:21-cr00222-TFH-2. *Tanios* is relevant authority with respect to issues presented in Mr. Worrell's Emergency Motion to Revoke Order of Detention. A copy of the said ruling in *U.S. v. Tanios* is filed herewith.

Date: August 19, 2021                           Respectfully Submitted,

John M. Pierce (*PHV Admitted*)
355 S. Grand Avenue, 44th Floor
Los Angeles, CA 90071
Tel: (213) 400-0725
Email: jpierce@piercebainbridge.com

*Attorney for Defendant Christopher Worrell*

1

**<u>CERTIFICATE OF SERVICE</u>**

I, John M. Pierce, hereby certify that on this day, August 19, 2021, I caused a copy of the

foregoing document to be served on all counsel through the Court's CM/ECF case filing system.


       /s/ John M. Pierce

John M. Pierce